1  Harvey R. Levine (Bar No. 61879)
   Craig A. Miller (Bar No. 116030)
2  LEVINE, STEINBERG, MILLER & HUVER
   550 West "C" Street, Suite 1810
3  San Diego, CA 92101
   Telephone: (619) 231-9449
4  Facsimile:  (619) 231-8638

5  Attorneys for Plaintiff D.A.V. CHARITIES
   OF CENTRAL CALIFORNIA, INC.
6

7  James J. Brosnahan (Bar No. 34555)
   George C. Harris (Bar No. 111074)
8  Natalie Naugle (Bar No. 240999)
   MORRISON & FOERSTER LLP
9  425 Market Street
   San Francisco, CA 94105-2482
10 Telephone: (415) 268-7000
   Facsimile:  (415) 268-7522
11
   Attorneys for Defendant PHILADELPHIA
12 INDEMNITY INSURANCE COMPANY

FILED

MAR 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| D.A.V. CHARITIES OF CENTRAL CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO. 08-CV-01910 <br><br> JOINT MOTION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)(1)] |

IT IS HEREBY STIPULATED by and between plaintiff, D.A.V. CHARITIES OF CENTRAL CALIFORNIA, INC., and defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY, through their designated attorneys of record herein, that the entire action,

///

///

1

08-CV-01910

1  including the complaint, including all claims that were or could have been raised
2  therein, shall be dismissed with prejudice pursuant to FRCP 41(a)(1) and each party to
3  bear its own attorneys' fees and costs.

5  Dated: February 25, 2009              LEVINE, STEINBERG, MILLER & HUVER

7                                         By: ___/s/ Craig A. Miller___
                                               Craig A. Miller
8                                              Attorneys for Plaintiff

10 Dated: February 25, 2009              MORRISON & FOERSTER LLP

11                                        By___/s/ George C. Harris___
                                              George C. Harris
12                                            Attorneys for Defendant

It is so Ordered. Dated: 3-3-09

_____
United States District Judge